# EXHIBIT A

D7
D11
D12
D13
D14

